UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL NELSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-5248** |
| **CITY OF HAMMOND ET AL.** | **SECTION: "S" (5)** |

## ORDER

**IT IS HEREBY ORDERED** that Michael Nelson's action, pursuant to 42 U.S.C. § 1983, is **DISMISSED WITH PREJUDICE**.

The court has considered the complaint, the record, the applicable law, the report and recommendation of the United States Magistrate Judge, and the plaintiff's objections to the magistrate judge's report and recommendation.  The court overrules the plaintiff's objections, approves the report and recommendation, and adopts it as the opinion of the court.

New Orleans, Louisiana, this __5th__ day of December, 2006.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**